Hernan O'Ryan CASTRO, Petitioner—Appellant,

v.

**Raymond ANDREWS, Warden, Respondent—Appellee.**

No. 06–15794.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Hernan O'Ryan Castro, Leavenworth, KS, pro se.

Thomas E. Flynn, Esq., USSAC—Office of the U.S. Attorney, Sacramento, CA, for Respondent–Appellee.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Hernan O'Ryan Castro appeals pro se from the district court's judgment denying his 28 U.S.C. § 2241 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review *de novo* the denial of a § 2241 petition, *see Taylor v. Sawyer,* 284 F.3d 1143, 1147 (9th Cir.2002), and we affirm.

Castro contends that the Bureau of Prisons' ("BOP") procedures for calculating good-time credit misinterpret federal statute 18 U.S.C. § 3624(b). Specifically, he contends that his good-time credit should be calculated based on the length of sentence imposed, rather than the time of sentence served. However, this contention is foreclosed. *See Mujahid v. Daniels,* 413 F.3d 991, 997–98 (9th Cir.2005), *cert. denied,* —— U.S. ——, 126 S.Ct. 2287, 164 L.Ed.2d 817 (2006) (noting the BOP's interpretation of 18 U.S.C. § 3624(b) is reasonable and subject to deference). Castro's attempts to distinguish *Mujahid* are unpersuasive. *See Furguiel v. Benov,* 155 F.3d 1046, 1048–49 (9th Cir.1998); *see also Mujahid,* 413 F.3d at 997–98.

The Clerk shall file the Addendum to Appellant's Request for a Judicial Recommendation received on July 11, 2006.

We deny all outstanding motions.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the